**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | Case No. 3:08-cv-016 |
| | | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Michael R. Merz |
| -vs | : | |
| SHONDA WEBB, Defendant. | | |

**DEFAULT JUDGMENT**

The defendant, Shonda Webb, having failed to plead or otherwise defend in this action and the default having been entered;

Now upon application of the plaintiff for judgment against the defendant in the sum of $13,616.00, and based upon a showing that defendant has been defaulted for failure to appear, and that defendant is not an infant or an incompetent person, and not in the military service of the United States,

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff, the United States of America, and against Defendant Shonda Webb in the amount of $13,616.00 plus interest from the date of judgment at the legal rate in effect on the date of judgment, computed daily and compounded annually until paid in full, in addition to the costs of this action.

April 7, 2008.                                         **s/THOMAS M. ROSE**

                                                                                Thomas M. Rose
                                                                                United States District Judge